USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_09/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------  X
IN RE                                                       :
477 WEST 142ND STREET HOUSING DEV.                          :
FUND CORP.                                                  :
                                      DEBTOR.               :
----------------------------------------------------------  X        20-CV-7458 (VEC)
DR. QUEEN MOTHER DELOIS BLAKELY,                            :        20-CV-7459 (VEC)
                                                            :
                                      APPELLANT,            :               ORDER
                                                            :
AMSTERDAM KEY ASSOCIATES LLC,                               :
                                                            :
                                      APPELLEE.             :
----------------------------------------------------------  :
                                                            X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the above-captioned bankruptcy appeals have been assigned to this Court as related cases to a third bankruptcy appeal, 20-CV-6771;

IT IS HEREBY ORDERED that by **September 25, 2020**, the parties must confer and jointly submit proposed briefing schedules in respect to these two appeals from the judgments of the Bankruptcy Court.  Please note that this deadline will not be adjourned.  If the parties cannot agree on briefing schedules, each must submit a proposed schedule by September 25, 2020.

IT IS FURTHER ORDERED that Dr. Blakely is encouraged to continue her attempts to secure counsel in these matters.  In addition to other efforts, Dr. Blakely may wish to speak with the Consumer Bankruptcy Project at the City Bar Justice Center at 212-626-7383 and the New York Legal Assistance Group (NYLAG) at 212-659-6190.

The Clerk of Court is respectfully directed to mail a copy of this Order to Dr. Blakely and note mailing on the docket.

**SO ORDERED.**

Date:  **September 16, 2020**                                    **VALERIE CAPRONI**
       **New York, New York**                                   **United States District Judge**