# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
### ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*■
KATHARINE FINCH +
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD*

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN +
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHERY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG*

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

ROBERT KANDEL
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

* ALSO MEMBER OF NEW JERSEY BAR
■ ALSO MEMBER OF MASSACHUSETTS BAR
+ ALSO ADMITTED IN CONNECTICUT
^ ALSO MEMBER OF FLORIDA & WASHINGTON DC
° ADMITTED IN OHIO AND PENNSYLVANIA ONLY

J. Ted Donovan, Esq.
Direct phone: (212) 301-6943
Facsimile: (212) 221-6532
TDonovan@GWFGLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021

**MEMO ENDORSED**

July 21, 2021

*Via ECF*
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In Re 477 West 142nd Street Housing Dev. Fund Corp.
      Amsterdam Key Associates LLC with Queen Mother Dr. Delois Blakely
      120-cv-06771-VEC; 120-cv-07458-VEC; 120-cv-07459-VEC

Dear Judge Caproni:

I represent Appellee, Amsterdam Key Associates, LLC, in these matters. I write to request an adjournment of the oral argument scheduled for July 29, 2021 by Order entered yesterday, July 20, 2021. I will be out of state at a bankruptcy law conference from July 28, 2021 to August 1, 2021. I also will be out of state on vacation the week of August 16, 2021, but will otherwise make myself available on a date convenient to the Court and the Appellant.

I am unable to obtain the consent of the Appellant, as I have no phone or email contact information for her, and the process of mailing a request will take too long. That said, I am copying her on this letter, which I am sending to her via Federal Express.

Respectfully yours,

/s/ J. Ted Donovan

J. Ted Donovan

cc:   Queen Mother Dr. Delois Blakely (Via Federal Express)

The oral argument, currently scheduled for Thursday, July 29, 2021 at 10:30 A.M., is hereby adjourned to **Thursday, August 5, 2021 at 11:00 A.M.** For additional information about the hearing, the parties should consult the Court's Order at docket entry 59.

This Endorsement will be posted on ECF and mailed to Appellant. Additionally, to verify that Appellant is aware in a timely manner that the date and time of the hearing have changed, Chambers will call Appellant to inform her of the contents of this Endorsement.

The Clerk of Court is respectfully directed to mail a copy of this Endorsement to Dr. Blakely and to note mailing on the docket.

SO ORDERED.

Date: July 21, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE