# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
IN RE 477 WEST 142ND STREET HOUSING
DEV. FUND CORP.,

                Debtor.
-----------------------------------------------------------X
DR. QUEEN MOTHER DELOIS BLAKELY,

                Appellant,                  20 **CIVIL** 6771 (VEC)
                                                      20 **CIVIL** 7458 (VEC)
                                                         20 **CIVIL** 7459 (VEC)

        -against-                                        **JUDGMENT**

AMSTERDAM KEY ASSOCIATES LLC,

                Appellee.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2022, the Bankruptcy Court's orders are AFFIRMED, and Appellant's appeals are DENIED; accordingly, cases 20-CV-6771, 20-CV-7458, and 20-CV-7459 are closed.

**Dated:** New York, New York
           June 13, 2022

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                              **BY:**      *K. Mango*

                                                           **Deputy Clerk**